IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERICAN GLASS MACHINERY,<br>Plaintiff, | )<br>)<br>) | |
| vs. | )<br>) | C.A. No. 23-275 Erie |
| RAY OTT and JOHN PAVALONIS<br>d/b/a ARKAUM INDUSTRIES LLC,<br>Defendant. | )<br>)<br>)<br>) | District Judge Susan Paradise Baxter |

## MEMORANDUM ORDER

Plaintiff American Glass Machinery initiated this action on September 25, 2023, by filing a complaint against Defendants Ray Ott ("Ott") and John Pavalonis ("Pavalonis") d/b/a Arkaum Industries LLC ("Arkaum"), pursuant to the Defend Trade Secrets Act, 18 U.S.C. §§ 1832, 1836 et seq. ("DTSA"), and the Pennsylvania Uniform Trade Secrets Act, 12 P.S. § 5301, et seq. ("Pa.UTSA").

Presently pending before this Court are Plaintiff's motion to re-depose Plaintiff's Rule 30(b)(6) deponent [ECF No. 49], as subsequently amended [ECF No. 53], and Defendant Ott's motion to compel production of documents [ECF No. 52]. A telephonic hearing on these motions was held before the Court on this date, at which both Plaintiff's attorney and Defendant Ott appeared and presented arguments.

AND NOW, this 22nd day of September, 2025,

Upon consideration of the arguments and information presented by the parties, IT IS HEREBY ORDERED as follows:

1. Defendant Ott's motion to compel production of documents [ECF No. 52] is DENIED, without prejudice to Defendant's right to reassert said motion in the future if he determines that the documents that have been

    produced by Plaintiff are nonresponsive or that documents have been withheld inappropriately, and

2. Plaintiff's motion to re-depose its Rule 30(b)(6) deponent, Vincent Sadlek, [ECF No. 49], and his subsequent amended motion [ECF No. 53], are DENIED, without prejudice to Plaintiff's right to prepare and file an affidavit of Mr. Sadlek, under oath, to clarify his deposition testimony.

IT IS FURTHER ORDERED that the period for limited discovery regarding the sole issue of whether the statute of limitations bars Plaintiff's claims and whether the doctrine of equitable tolling applies is hereby extended to today's date.

IT IS FURTHER ORDERED that Defendant Ott may file a motion to dismiss, based solely on application of the statute of limitations, by **October 17, 2025,** and Plaintiff's response to said motion shall be filed by **November 7, 2025.**

IT IS FURTHER ORDERED that, based upon the foregoing, Plaintiff's motion for clarification [ECF No. 48] is hereby DISMISSED AS MOOT.

                                                                  /s/ Susan Paradise Baxter
                                                                  SUSAN PARADISE BAXTER
                                                                  United States District Judge

cc:    All parties of record